██ DAVID CONNORS, Appellant, v JON E. GRAY et al., Respondents, et al., Defendants. [890 NYS2d 844]—

Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.